■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEWITT OLIVER, Appellant. [718 NYS2d 690] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contention concerning the factual sufficiency of the plea allocution (*see, People v Lopez,* 71 NY2d 662, 665). In any event, contrary to defendant's contention, the People provided County Court with a special information indicating that defendant had previously been convicted of a crime, and defendant admitted that he had been so convicted. The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Cayuga County Court, Corning, J.—Violation of Probation.) Present—Hayes, J. P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.